UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER BOWLING #947415,

    Plaintiff,

v.

NATHEN SPOHN et al.,

    Defendants.
_____/

Case No: 1:24-cv-490

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 23, 2025 (ECF No. 43). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants James, Monroe and Spohn's motion for summary judgment (ECF No. 36) is **GRANTED** as to Plaintiff's retaliation claim against Defendant Spohn, but **DENIED** as to Plaintiff's Eighth Amendment excessive force claim against Defendant Spohn and his Eighth Amendment denial of medical care claims against Defendants James and Monroe.

Dated:  January 22, 2026

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE